**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03091-BNB

MATTHEW RYAN SHERMAN,

    Plaintiff,

v.

N.P. KLENKE,
MD CREANY, and
HSA DOLORES MONTOYA,
WARDEN TEMMEE,
CHP (DOC Insurance Company, Medical),
MENTAL HEALTH DEPARTMENT,
DOC MAIL ROOM STAFF, and
ANY UNFORSEEN DEFENDANTS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's Motion for Permission to Subiuite [sic] Amended Complaint (Doc. No. 12), filed January 24, 2012. The motion is DENIED as unnecessary. Plaintiff's amended Prisoner Complaint was received by the Court on January 24, 2012, and is under review.

Dated:  January 27, 2012