**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03091-PAB-CBS

MATTHEW RYAN SHERMAN,

    Plaintiff,

v.

WILLIAM KLENKE, N.P., and
DOLORES MONTOYA, H.S.A,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 167] of U.S. District Judge Philip A. Brimmer entered on September 9, 2014, it is

**ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 146] filed by defendants William Klenke and Dolores Montoya is **GRANTED**.  It is further

**ORDERED** that judgment is hereby entered in favor of defendants and against the plaintiff.  It is further

**ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is **CLOSED.**

Dated at Denver, Colorado this 9th day of September, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

            By:  s/   Jennifer Hawkins
                Jennifer Hawkins
                Deputy Clerk