IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03091-PAB-CBS

MATTHEW RYAN SHERMAN,

    Plaintiff,

v.

WILLIAM KLENKE, N.P. and
DOLORES MONTOYA, H.S.A.,

    Defendants.

---

# ORDER

---

    Plaintiff has filed *pro se* a "Motion to Continue Indigency Status for Purposes of Appeal" [Docket No. 179]. The motion is deficient for the following reasons:

| | |
|---|---|
| __X__ | is missing affidavit |
| ____ | affidavit is incomplete |
| ____ | affidavit is not notarized or is not properly notarized |
| ____ | affidavit is missing required financial information |
| ____ | is missing certified copy of prisoner's trust fund statement for the 6 month period immediately preceding this filing |
| ____ | is missing certificate showing current balance in prison account |
| ____ | is missing an original signature by the prisoner |
| __X__ | is not on proper form (must use the court's current form) |
| __X__ | other  authorization to calculate/disburse filing fee payments is missing |

Accordingly, it is

    **ORDERED** that the Prisoner's Motion to Continue Indigency Status for Purposes of Appeal [Docket No. 179] is denied without prejudice because the motion is deficient.

A new motion may be filed in the United States Court of Appeals for the Tenth Circuit.

It is further

>  **ORDERED** that all pending motions are denied as moot.

DATED November 2, 2015.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge